IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY VEGA,                             )<br>                                                )<br>             Plaintiff,                 )<br>                                                )<br>      vs.                                     )<br>                                                )<br>JOHN DOE, et al.,                 )<br>                                                )<br>             Defendants.            )<br>_____) | 1:06-CV-00272-AWI-SMS-P<br><br>ORDER TO SUBMIT CERTIFIED COPY<br>OF TRUST ACCOUNT STATEMENT<br>**OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of plaintiff's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $250.00 filing fee or submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30) days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    April 10, 2006**              **/s/ Sandra M. Snyder**
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE