UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY VEGA, | 1:06-cv-00272-AWI-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4) |
| vs. | |
| ARNOLD SCHWARZENEGGER GOVERNOR, et al., | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** |
|     Defendants. | |

    Plaintiff Rudy Vega ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 24, 2006, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within fifteen days.  To date, plaintiff has not filed objections to the Magistrate

1

1  Judge's Findings and Recommendation.
2      In accordance with the provisions of 28 U.S.C. §
3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
4  <u>novo</u> review of this case.  Having carefully reviewed the entire
5  file, the Court finds the Findings and Recommendation to be
6  supported by the record and by proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.  The Findings and Recommendation, filed May 24, 2006, is
9  ADOPTED IN FULL; and,
10     2.  This action is DISMISSED, without prejudice, based on
11 plaintiff's failure to obey the Court's order of April 10, 2006.

13 IT IS SO ORDERED.

14 **Dated:   June 27, 2006**                    /s/ Anthony W. Ishii
   0m8i78                                    UNITED STATES DISTRICT JUDGE